IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ROBERT G. ROBERSON,                §
                                   §
VS.                                §   CIVIL ACTION NO.4:05-CV-417-Y
                                   §
DOUGLAS DRETKE, Director,          §
T.D.C.J., Correctional             §
Institutions Division,             §
     Respondent.                   §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Robert G. Roberson under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1.   The pleadings and record;

2.   The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 21, 2005; and

3.   The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 9, 2006.

The Court, after de novo review, concludes that Roberson's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that Roberson's Petition for Writ of Habeas Corpus be, and is hereby, DENIED.

SIGNED January 30, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE